**SLIP OP. 01-45**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HONORABLE JAMES L. WATSON, SENIOR JUDGE**
-------------------------------------------------------------X

| | | |
|---|---|---|
| **ROSES INC., THE FLORAL TRADE** | ) | **COURT NO. 87-01-00045** |
| **COUNCIL AND THE CALIFORNIA** | | |
| **FLORAL TRADE COUNCIL,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

-------------------------------------------------------------X

## JUDGMENT

In this case, issue was joined on April 10, 1987. No action has been taken by plaintiff to prosecute this case since June 9, 1987, on which date the plaintiff stipulated with defendants for access to confidential documents filed as part of the administrative record. Accordingly, this action is dismissed for lack of prosecution.


Dated: April 17, 2001                              _____
      New York, New York                              James L. Watson, Senior Judge